```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

          NOV

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:02-CR-133-KDJ-PAL |
| Plaintiff, ) | |
| vs. ) | |
| NOR DRAGU ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#183) on June 2, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| UNKNOWN VICTIMS | 278,235.56 |
| DISCOVER CARD | 18,769.91 |
| BANK OF AMERICA | 22,952.89 |
| USAA FEDERAL SAVINGS BANK | 1,365.98 |
| MDNA SW REGION HQTRS | 27,123.89 |
| BOEING EMPLOYEES CREDIT | 10,418.95 |
| DIRECT MERCHANTS | 2,083.99 |
| TRANSALLIANCE | 16,144.93 |
| SEARS NATIONAL BANK | 2,082.99 |
| BANK ONE | 20,820.91 |

**Total Amount of Restitution ordered:** $400,000.00*

*Joint and several with co-defendants


Dated this ____12th____ day of November, 2016.


_____
UNITED STATES DISTRICT JUDGE